FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 21, 2020**

SEAN F. McAVOY, CLERK

William D. Hyslop
United States Attorney
Eastern District of Washington
Patrick J. Cashman
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE FILIBERTO ARIZA, JR.,<br><br>Defendant. | 2:20-CR-139-WFN<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. §§ 922(g)(1), 924(a)(2)<br>Felon in Possession of Ammunition<br><br>18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

On or about July 2, 2019, in the Eastern District of Washington, the Defendant, JOSE FILIBERTO ARIZA, JR., knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, ammunition, to wit: a single round of Federal, .45 Auto caliber ammunition, bearing head stamp "Federal 45 Auto," which ammunition had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

INDICTMENT – 1

NOTICE OF FORFEITURE ALLEGATIONS

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in the sole count of the Indictment, Defendant, JOSE FILIBERTO ARIZA, JR., shall forfeit to the United States of America, any ammunition involved or used in the commission of the offense.

DATED this 20 day of October, 2020.

A TRUE BILL

_____
William D. Hyslop
United States Attorney

_____
Patrick J. Cashman
Assistant United States Attorney

INDICTMENT – 2