FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2020

SEAN F. MCAVOY, CLERK

# CHARGES AND PENALTIES

CASE NAME: Jose Filiberto Ariza, Jr.　　　　　CASE NO. 2:20-CR-139-WFN-1

TOTAL # OF COUNTS: 1　　☑ FELONY　　☐ MISDEMEANOR　　☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 922(g)(1), 924(a)(2) | Felon in Possession of Ammunition | CAG not more than 10 years; and/or a fine not to exceed $250,000; not more than 3 years supervised release; and a $100 special penalty assessment; |
|  |  |  |  |
|  | 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) | Notice of Forfeiture Allegations |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |